IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANTONIO MEDRANO ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV262 |
| | ) | |
| SHATEEMA PINCKNEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Recommendations of the United States Magistrate Judge were filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 4, 2024, and May 1, 2024, were served on the parties in this action. (ECF Nos. 3, 4, 6, 7.) Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 8.)

The Court has appropriately reviewed the Magistrate Judge's Recommendations and has made a *de novo* determination in accord with the Magistrate Judge's Recommendations. The Court therefore adopts the Magistrate Judge's Recommendations.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against defendants who are immune from such relief. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 15th day of May 2024.

/s/ Loretta C. Biggs
United States District Judge